IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN CARLOS SANCHEZ-LAGUNES, | ) | |
| | ) | Case No. 17-cv-02504 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Honorable Manish S. Shah, |
| v. | ) | Judge Presiding |
| | ) | |
| CK RICHTON PARK, INC., an Illinois corporation, d/b/a ATHENS GYROS, and CONSTANTINE KANAVOS, and individual, | ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

## ORDER OF JUDGMENT

THIS MATTER COMING ON TO BE HEARD on Plaintiff's Motion for Default Judgment, due notice having been provided to Defendants, and the Court being advised in the premises:

IT IS HEREBY ORDERED:

A. Default judgment is hereby entered in favor of Plaintiff, Juan Carlos Sanchez-Lagunes, and against Defendants, CK Richton Park, Inc. d/b/a Athens Gyros and Constantine Kanavos, under Rule 55(b)(2) of the Federal Rules of Civil Procedure in the amount of $41,137.12 inclusive of unpaid overtime wages in the amount of $16,219.72, liquidated damages under the FLSA in the amount of $16,219.72, and statutory interest damages under the IMWL through September 30, 2017 in the amount of $8,697.68;

B. This default judgment is a final judgment for which this Court expressly determines that there is no just reason for delay under Rule 54(b) of the Federal Rules of Civil Procedure;

C. The judgment is for wages due Juan Carlos Sanchez-Lagunes, an employee of Defendants, pursuant to 735 ILCS § 5/12-1004; and

D. The Plaintiff is hereby granted leave to file a petition for an award of reasonable attorneys' fees and costs.

Dated: October 17, 2017

ENTER _____

Hon. Manish S. Shah